MARTÍN, ISABEL, JUANA-BASILISA y MARÍA DEL CARMEN GONZÁLEZ BERMÚDEZ, demandantes y apelados-apelantes, *v.* RAMÓN DÍAZ y VALERIANA, MARÍA y FELIPA GONZÁLEZ COLÓN, demandados y apelantes-apelados.

No. 3735.—*Visto:* Diciembre 10, 1925. *Resuelto:* Marzo 10, 1927.

REIVINDICACIÓN—JUICIO, SENTENCIA, CUMPLIMIENTO DE SENTENCIA Y REVISIÓN—DE LA SENTENCIA EN GENERAL—CONTRA LOS DEMANDADOS—SENTENCIA QUE CONDENA A RECONOCER CONDOMINIOS EN FINCA NO PERTENECIENTE A ELLOS.—En acción reivindicatoria, los demandados no pueden ser condenados a reconocer condominios a favor de los demandantes en finca que no pertenece a aquéllos.

SENTENCIA de *Enrique Lloreda,* J. (Arecibo), declarando con lugar la demanda, con costas. *Sin lugar* el recurso de los demandantes y *con lugar* el de los demandados *revocando* la sentencia apelada y declarando sin lugar la demanda, sin costas.

*G. Zeno Sama* y *Simón Largé,* abogados de los apelantes; *Luis Mercader,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

José Antonio González Rivera hipotecó en 1893 una finca de 170 cuerdas a favor de Tomás Aquino González Hernández en garantía de una deuda y habiendo muerto el mismo año fué hecha la partición de sus bienes por su viuda y por un defensor nombrado por el Juzgado de Primera Instancia para representar a sus hijos, que eran menores de edad. Esa partición fué aprobada por dicho juzgado e inscrita en el registro de la propiedad y en ella fué adjudicada a la viuda la finca de 170 cuerdas para con otra satisfacerle su aportación matrimonial y sus gananciales y para que pagase las deudas de la herencia. En 1896 la viuda segregó 112 cuerdas de la finca de 170 y con ellas pagó a Tomás Aquino González su hipoteca. De esa finca de 112 cuerdas segregó Tomás Aquino González 100 cuerdas que dió en pago de una deuda suya a otra persona y que posteriormente compró y era dueño de ella cuando murió, siendo adjudicada en condominios pro indivisos a ocho hijos naturales suyos. Y tres de esos hijos vendieron sus condominios a Ramón Díaz Román.

Después de esos hechos cuatro de los seis hijos y herederos de Juan Antonio González Rivera, el primitivo dueño de las 170 cuerdas, demandaron a Ramón Díaz Román y a tres de las herederas de Tomás Aquino González que no habían vendido sus condominios en reivindicación de las 100 cuerdas, fundados en el caso de *Longpré* v. *Díaz*, 237 U. S. 519, y a instancia de los demandados se ordenó la citación en evicción de las personas que vendieron sus condominios a Ramón Díaz y de los otros condueños, habiéndose incluído después en la demanda a María Josefa Bermúdez, viuda de Tomás Aquino González.

Los demandados contestaron la demanda exponiendo la historia de esa finca y alegando que las 100 cuerdas habían sido vendidas en pública subasta por el Pueblo de Puerto

Rico el día 5 de diciembre de 1922 para pago de contribuciones con otra finca de 51 cuerdas 37 centavos y que ambas fueron adjudicadas a Alberto Sureda quien posteriormente vendió cinco octavas partes de esa finca en condominio a Ramón Reboyras.

Celebrado el juicio se dictó sentencia declarando con lugar la demanda y condenando a los demandados a reconocer a cada uno de los demandantes una dozava parte en condominio de la finca de 100 cuerdas con imposición de costas; sentencia que fué apelada por los demandados y también por los demandantes por no haber condenado al pago de frutos de la finca.

En el juicio se probó documentalmente que la finca de 100 cuerdas perteneciente en condominio a cinco herederos de Tomás Aquino González y en tres octavas partes a Ramón Díaz fué vendida con otra finca de 51 cuerdas 37 centavos de dicha sucesión por cierta cantidad por ambas en subasta para el pago de contribuciones el 5 de diciembre de 1922 y que fué adjudicada a Alberto Sureda a quien el colector de rentas expidió el certificado de compra el 30 de enero de 1923 y que después de un año, el 14 de febrero de 1924, Sureda vendió cinco condominios de las 100 cuerdas a Ramón Reboyras, por lo que habiendo vendido el colector la finca de 100 cuerdas objeto de este pleito de reivindicación a Alberto Sureda no pueden ser condenados los demandados a reconocer condominios a favor de los demandantes en una finca que no les pertenece. Es cierto que los demandantes presentaron evidencia de que el 28 de enero de 1924 habían consignado en el juzgado municipal de Utuado a favor de Ramón Reboyras cierta cantidad de dinero, calculada por el valor que los demandantes dieron a cada cuerda de tierra, para redimir las 100 cuerdas, consignación que no había sido declarada bien hecha por el juzgado cuando el juicio se celebró, pero cualquiera que pueda ser su resultado no tiene valor alguno en este pleito porque demuestra que

los demandantes reconocían que la finca pertenece a persona distinta de los demandados puesto que trataban de redimirla de Reboyras y porque si tal consignación los convirtió o pudo convertirlos en dueños tampoco procedería la acción reivindicatoria que ejercitan.

Los demandantes también apelaron de la sentencia por no conceder los frutos que reclamaron pero, aparte de que no han presentado alegatos para sostenerla, no es procedente en vista de la conclusión a que hemos llegado en la apelación de los demandados.

Por lo expuesto *debe declararse sin lugar el recurso de los demandantes y con lugar el de los demandados, revocando la sentencia apelada y dictando otra declarando sin lugar la demanda, sin especial condenación de costas.*